United States Courts
Southern District of Texas
FILED
November 12, 2021
Nathan Ochsner, Clerk of Court

AO 91 (Rev. 11/11) Criminal Complaint

**Sealed**
**Public and unofficial staff access to this instrument are prohibited by court order**

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

FILED
Nov 09 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| United States of America<br>v.<br>**DEBBY DUTTON**<br><br>*Defendant(s)* | )<br>)<br>)   Case No. 3:21-mj-71770 MAG<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 29, 2021__ in the county of __San Francisco__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. § 46504 | Interference with flight crew members and attendants |

This criminal complaint is based on these facts:

See Attached Affidavit by Special Agent Tseng Chow, FBI

☐ Continued on the attached sheet.

/s/ Tseng Chow
*Complainant's signature*

Approved as to form /s/ Anna Nguyen
SAUSA ANNA NGUYEN

TSENG CHOW, Special Agent, FBI
*Printed name and title*

Sworn to before me by telephone.

Date: November 9, 2021

*Judge's signature*

City and state: San Francisco, CA

Hon. Jacquline S. Corley, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF FBI SPECIAL AGENT TSENG CHOW IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Tseng Chow, Special Agent, Federal Bureau of Investigation ("FBI"), San Francisco, California, being duly sworn, depose and state as follows:

### I. INTRODUCTION

1. I am an investigative or law enforcement officer of the United States as defined in Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2. I make this Affidavit in support of an application under Rule 4 of the Federal Rules of Criminal Procedure for a criminal complaint and arrest warrant authorizing the arrest of Debby DUTTON (hereafter "DUTTON"), for interference with flight crew members and flight crew attendants, in violation of Title 49, United States Code, Section 46504. This charge stems from events that occurred on June 29, 2021, onboard United Airlines Flight 730 from Anchorage, Alaska to San Francisco, California while over the Pacific coast Airspace.

3. The facts stated in this Affidavit are based on my personal knowledge, on my review of reports prepared by other law enforcement officers and records prepared by others, and on conversations I have had with other law enforcement officers and witnesses involved in this investigation. I have not set forth each and every fact learned during the course of this investigation in this Affidavit. Rather, I have set forth only those facts that I believe are necessary to support the lawful arrest of the individual listed in this Affidavit.

4. I am a Special Agent ("SA") of the FBI and have been so employed since 2005. During my employment as a Special Agent, I have investigated national security matters, organized crime, narcotics, public corruption, and white-collar crimes. Since 2021, I have been assigned to the San Francisco International Airport ("SFO") Office of the FBI, where I investigate violations of federal law occurring within the airport and on-board aircraft.

## II. APPLICABLE LAW

5. Title 49, United States Code, Section 46504 establishes the special aircraft jurisdiction of the United States and gives the federal government jurisdiction in all criminal matters occurring on any civil aircraft of the United States while in flight, regardless of departure or arrival location.

6. Title 49, United States Code, Section 46504 states, in pertinent part, "An individual on an aircraft in the special aircraft jurisdiction of the United States who, by assaulting or intimidating a flight crew member or flight attendant of the aircraft, interferes with the performance of the duties of the member or attendant or lessens the ability of the member or attendant to perform those duties… shall be fined under title 18, imprisoned for not more than 20 years, or both."

7. The elements of Title 49, United States Code, Section 46504 are as follows: (1) the defendant assaults, threatens, or intimidates a flight crew member or attendant; (2) the assault, threat, or intimidation took place while aboard an aircraft in the special aircraft jurisdiction of the United States; and (3) the assault, threat, or intimidation interfered with the performance of the crew member's duties or lessened the ability of that crew member to perform his/her duties.

### III. FACTS CONSTITUTING PROBABLE CAUSE

8. On June 29, 2021, approximately 0530 on United Airlines Flight 730 from Anchorage International Airport to San Francisco International Airport, a United Airlines flight attendant (hereafter "F.A."), was performing F.A.'s duties of collecting trash and checking passengers for face mask compliance pursuant to Title 86, Federal Register, 8025, requiring persons to wear masks while on conveyances and on transportation hubs such as an airplane. This was a scheduled four and a half hour flight.

9. Throughout and earlier in the flight, F.A. and other flight attendants had broadcasted several announcements over the plane's intercom system that: passengers must wear their masks at all times; their masks will likely fall; the flight attendants will wake them up to put their masks back on; they will likely be upset; and that this might happen over and over again. F.A. and other flight attendants also indicated that passengers would need to make sure their seatbelts were buckled over their blankets or the same protocol would happen. This announcement occurred at least twice more by other flight attendants before the below incident occurred.

10. Approximately three and a half hours into the flight, F.A. was walking down the aisle to collect trash and check passengers for face mask compliance. F.A. noticed several passengers without face masks and proceeded to ask them to put their face masks back on as required. The passenger seated in 25E, J.D., was asleep and his face mask had fallen from his face. F.A. used two fingers to tap J.D. on the shoulder and asked him to put his face mask back on. J.D. complied. As F.A. continued down the aisle, J.D.'s wife, DUTTON, seated in 25D, got up from her seat and angrily shouted at F.A., "You don't

touch my husband, why you wake him!" F.A. tried to explain that J.D. was not wearing his face mask, but DUTTON continued to scream and walked towards F.A. DUTTON then proceeded to push F.A. on F.A.'s right arm. The force of the push caused F.A. to take a step back in order to maintain F.A.'s balance. DUTTON then proceeded to push F.A. again on F.A.'s right arm. F.A. described the two pushes as painful and forceful. F.A. told DUTTON to stop. J.D. then asked DUTTON to return to her seat and eventually, DUTTON sat back in her seat. F.A. immediately reported the incident to the captain. F.A. was caught off guard by DUTTON's actions and F.A. felt threatened and afraid.

11. A passenger seated in row 26 ("passenger 26"), was interviewed and witnessed DUTTON pushing F.A. Another passenger who was seated in row 27 ("passenger 27"), was interviewed and also witnessed DUTTON pushing F.A. Subsequently, other passengers seated around the area were also interviewed and confirmed hearing some type of verbal disturbance involving F.A. and DUTTON.

12. Upon landing at SFO, the San Francisco Police Department Airport Bureau responded to the scene and took statements from all of the parties involved. F.A. told the officers that F.A. sustained bruising on F.A.'s right bicep from being pushed twice by DUTTON. On the same day, F.A. went to Kaiser Hospital Emergency Department in Santa Clara, California to receive medical treatment. The medical report confirmed that F.A. had tenderness to palpation of F.A.'s mid-upper arm. On July 1, 2021, F.A. sent an FBI SA two photographs of F.A.'s right arm from June 29, 2021. The two photographs depicted bruising.

## IV. CONCLUSION

13. Based on all of the facts and circumstances described in this affidavit, along with my training, experience, and consultations with others, I submit that there is probable cause to believe that on or about June 29, 2021, DUTTON committed interference with flight crew members and flight crew attendants, in violation of Title 49, United States Code, Section 46504.

I swear, under penalty of perjury, that the foregoing information is true and correct to the best of my knowledge and belief.

/s/ Tseng Chow
TSENG CHOW
Special Agent
Federal Bureau of Investigation

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 9th day of November 2021

HONORABLE JACQUELINE S. CORLEY
UNITED STATES MAGISTRATE JUDGE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| DEBBY DUTTON | ) Case No. 3:21-mj-71770 MAG |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Debby Dutton                                                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
49 U.S.C. § 46504 – Interference with flight crew members and attendants

Date:  November 9, 2021
                                                                                 *Issuing officer's signature*

City and state:  San Francisco, CA                          Hon. Jacqueline S. Corley, US Magistrate Judge
                                                                                      *Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
                                                                                 *Arresting officer's signature*

                                                                                      *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Debby Dutton

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                                Weight:

Sex:                                                                   Race:

Hair:                                                                  Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT ☐ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

49 U.S.C. § 46504 -- Interference with flight crew members and attendants

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum penalties: (1) 20 years' imprisonment,
(2) 3 years' supervised release,
(3) $250,000 fine, and
(4) $100 special assessment fee

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ Debby Dutton

DISTRICT COURT NUMBER
3:21-mj-71770 MAG

**FILED**
Nov 09 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
FBI Tseng Chow

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    Stephanie M. Hinds
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Anna Nguyen

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction        ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                Before Judge:

Comments:

```
1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ANNA NGUYEN (CABN 335873)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102-3495
        Telephone: (415) 420-7295
7       FAX: (415) 436-7234
        Anna.Nguyen@usdoj.gov
8
9  Attorneys for the United States
```

**FILED**

Nov 09 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEBBY DUTTON,<br><br>Defendant. | CASE NO. 3:21-mj-71770 MAG<br><br>SEALING APPLICATION AND SEALING ORDER<br><br>**UNDER SEAL** |

The United States requests that the Complaint, the Arrest warrant and all attachments in the above-captioned case, be filed under seal until further order of the Court, with the exception that the Clerk's office may provide a copy of the Complaint, the Arrest warrant and all attachments to the U.S. Attorney's Office and Agents of the Federal Bureau of Investigation, and if the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, they may be produced to defense counsel.

The sealing application is requested because the government is continuing its investigation and the disclosure of the charges and status of the case against the defendant could thwart the investigation and/or incentivize other targets of the investigation to flee or otherwise thwart the investigation.

It is further requested that nothing in the Court's Order shall prevent the United States Attorney's

SEALING APPLICATION AND SEALING ORDER

Office from obtaining copies of any of these documents under seal or sharing the documents with the investigating agency, the Federal Bureau of Investigation, or any other law enforcement agency designated by the United States Attorney's Office.

WHEREFORE, the United States respectfully request that the Court issue an Order granting this Application.

DATED: November 9, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

/s/ Anna Nguyen
ANNA NGUYEN
Special Assistant United States Attorney

**ORDER**

On the government's application, and for good cause shown, it is HEREBY ORDERED THAT the Complaint, the Arrest warrant and all attachments filed with the Court on November 9, 2021, along with this Sealing Application and Order, shall be filed under seal until further order of the court with the exception that the Clerk's office may provide a copy of the Complaint, the Arrest warrant and all attachments to the U.S. Attorney's Office and Agents of the Federal Bureau of Investigation, and if the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, the government may produce these documents to defense counsel.

IT IS SO ORDERED.

DATED: November 9, 2021

HONORABLE JACQUELINE S. CORLEY
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND SEALING ORDER

# HOUSTON POLICE DEPARTMENT

**1517136-21**  Suppl No  ORIG

**DRAFT**



Houston Police Department
1200 Travis Street
Houston, Texas 77002
713-884-3131  Emergency Dial 9-1-1

Reported Date: 11/10/2021
Offense Report Title: Outside Cases - All Other
Officer Name: GILLEAN, C G

## Administrative Information

| Agency | Incident # | Suppl No | Reported Date | Reported Time |
|---|---|---|---|---|
| HOUSTON POLICE DEPARTMENT | 1517136-21 | ORIG | 11/10/2021 | 22:02 |

| Status | Offense Report Title |
|---|---|
| Report Written or to Follow | Outside Cases - All Other |

CAD Call Type: 3862

| Address | City |
|---|---|
| 3870 N TERMINAL RD | Houston |

| ZIP Code | Dist/Beat | Station | District | From Date | From Time | Primary Unit |
|---|---|---|---|---|---|---|
| 77032 | 21I50 | IAH | 21 | 11/10/2021 | 22:02 | 21I62N |

| Officer Name / Employee# | Division |
|---|---|
| GILLEAN, C G / 099230 | Airport - IAH - Nights - Patrol Unit |

| Report Entered By / Employee# | Division |
|---|---|
| GILLEAN, C G / 099230 | Airport - IAH - Nights - Patrol Unit |

| RMS Transfer | Weather | Estimated Loss Value | Language Translator | Gang Crime | Hate Crime |
|---|---|---|---|---|---|
| Pending | Clear | None or Not Applicable | No Translator Used | No | No |

| Family violence | Foster Care Facility | Mental Illness | Metal Theft | Offense County | Approving Officer |
|---|---|---|---|---|---|
| No | No | No | No | Harris County | 099230 |

| Approval Date | Approval Time |
|---|---|
| 11/11/2021 | 04:54:41 |

| # Offenses | Offense | Description |
|---|---|---|
| 1 | 37000 | Outside Cases - All |

## Person Summary

| Invl | Invl No | Type | Name (Last,First MI) | MNI |
|---|---|---|---|---|
| ARR | 1 | I | DUTTON,DEBBY | 4792534 |

| Race | Sex | DOB |
|---|---|---|
| W | F | 06/18/1971 |

| Invl | Invl No | Type | Name (Last,First MI) | MNI |
|---|---|---|---|---|
| CAB | 1 | S | FBI-SAN FRANCISCO | 4792637 |

| Race | Sex | DOB |
|---|---|---|
| | | |




**UNITED STATES MARSHALS SERVICE**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**
**AGENT'S ARREST SHEET**
(713) 718-4800 Fax (713) 718-4848
DATE: 11/12/2021

**ARRESTING AGENT MUST:**
- Fill out form completely
- Provide arrest sheet, finger print card, warrant, and complaint / indictment to the Magistrate Judge, and U.S. Marshal Service

Prisoner's Name: Debby Dutton   FID#: _____   USM#: _____
AKA's: _____   FBI#: _____   SSN: 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
SEX: ☐ M ☒ F   Race: ☐ B ☒ W ☐ A ☐ Other: _____   DOB#: 06/18/71
HGT: 5'1"  WGT: 135  HAIR: Black  EYES: Brown  Scars/Tattoos: _____
Address: 17807 Lake Crest View Dr.   City/State/Zip: Cypress, TX 77433
Phone#: (832)557-9051   Place of Birth: _____   Citizenship: US
Arresting Agent: SA R. Simmons   Agents Phone#: 713 905-1393   Agency: FBI
Location of Arrest: IAH/CBP/HPD   Date of Arrest: 11/10/2021
Offense: 49 USC 46504 Interference w/ Flight Crew   Warrant Date: 11/9/2021
List any and all medical, mental, or behavior problems: No

Are symptoms of TB present? ☐ Y ☐ N   Coughing up blood? ☐ Y ☐ N   Night sweats or fever? ☐ Y ☐ N
Weight loss? ☐ Y ☐ N   Loss of appetite? ☐ Y ☐ N   Results of Previous TB Test? ☐ Y ☐ N   Date last TB test: _____
Any Communicable Diseases: Scabies, Lice, Other: ☐ Y ☐ N _____
Any Medications: _____

Is the defendant a convicted sex offender? ☐ Y ☒ N   From what state: _____
Is the defendant HIV positive? ☐ Y ☒ N   Is the defendant on medication? ☐ Y ☐ N
Is the defendant in the U.S. illegally? ☐ Y ☒ N   Was INS notified for detainer? ☐ Y ☐ N
Was a detainer filed on defendant? ☐ Y ☒ N   From where? _____
Is the arrest a result of a HIDTA case? ☐ Y ☒ N   What squad/group & city? _____
Is the arrest a result of an OCDETF case? ☐ Y ☒ N   Was original warrant executed? ☐ Y ☐ N
Was the Magistrate Judge notified? ☒ Y ☐ N   Was Pretrial Notified? ☐ Y ☐ N
Was AUSA notified? ☒ Y ☐ N   Name: _____
Was defendant placed in a jail overnight? ☒ Y ☐ N   Facility: JSC

**IMPORTANT:** Prisoner IS NOT in USMS custody until remanded by the Magistrate Judge. USMS Personnel will not bring prisoner to courtroom if arresting agent(s) are not present. The U.S. Marshal Service does not accept any personal property.

```
FROM: CLET ISN: 18048 ITIME: 11/10/2021 20:56:57
TO: FP67FBIA OSN: 15 OTIME: 11/10/2021 20:56:57

YQ.TXHPD00D1
21:57 11/10/2021 48703
21:57 11/10/2021 23141 CAFBISF00
TXT
****HIT CONFIRMATION REQUEST  - FIRST NOTICE****
****RESPONSE PRIORITY: URGENT!-RESPOND WITHIN 10 MINUTES****


OCA/164-3461620.NIC/W735169071.

*** WANTED PERSON ***


NAM/DUTTON,DEBBY.DOB/19710618.SEX/F.


**MUST** BE IN THE HIT CONFIRMATION
RESPONSE/THE JUDGE WILL NOT ACCEPT THE CHARGE WITHOUT ALL OF THE INFORMATION:
CHARGE(S)/BOND/WARRANT #/DATE OF WARRANT/COURT AND JUDGE THAT ISSUED THE
WARRANT/THE WORDS "WE WILL EXTRADITE".
NAME OF REQUESTER:  OFCR C GILLEAN   21I62N
AGENCY NAME:   TXHPD0000
PHONE:   (713)884-3130
REMARKS:  ADVISE IF THE ABOVE SUBJECT IS STILL SHOWING WANTED WITH YOUR AGENCY/I
F THE
WARRANT IS CONFIRMED THE FOLLOWING **MUST** BE IN THE HIT CONFIRMATION
RESPONSE/THE JUDGE WILL NOT ACCEPT THE CHARGE WITHOUT ALL OF THE INFORMATION:
CHARGE(S)/BOND/WARRANT #/DATE OF WARRANT/COURT AND JUDGE THAT ISSUED THE
WARRANT/THE WORDS "WE WILL EXTRADITE"
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

| | |
|---|---|
| **CASE NAME:** USA v. Debby Dutton | **CASE NUMBER:** 3:21-mj-71770 MAG CR |
| **Is This Case Under Seal?** | Yes ✔   No |
| **Total Number of Defendants:** | 1 ✔   2-7   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔   OAK   SJ |
| **Is this a potential high-cost case?** | Yes   No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✔ |
| **Is this a RICO Act gang case?** | Yes   No ✔ |
| **Assigned AUSA (Lead Attorney):** Anna Nguyen | **Date Submitted:** 11/09/2021 |

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM    SAVE PDF

# HOUSTON POLICE DEPARTMENT

**1517136-21**  Suppl No **ORIG**
**DRAFT**

## Arrested Person 1: DUTTON, DEBBY

| Involvement | Invl No | Type |
|---|---|---|
| Arrested Person | 1 | Individual |

| Name (Last, First MI) | MNI |
|---|---|
| DUTTON, DEBBY | 4792534 |

| Race | Sex | DOB | Age |
|---|---|---|---|
| White or White Hispanic | Female | 06/18/1971 | 50 |

| Hispanic | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|
| Hispanic or Latino | (Y) No | 5'01" | 135# | Black | Brown |

| Complex | Gen Appearance | Build | Hair Description |
|---|---|---|---|
| Medium Brown | Casual | Medium / Normal | Long |

| Facial Features | Glasses | Clothing Description |
|---|---|---|
| Face - Oval | No Glasses Worn | Tan |

| Clothing Desc 1 | Clothing Color 2 | Clothing Desc 2 | OFN_INVL | Jail Transfer | Susp Marital Status |
|---|---|---|---|---|---|
| Shirt Sport Short Sleeve | Blue | Pants Jeans | 1 | Successful | Married |

| Citizen Of | Reported Date | Vic/Ofnd Age | Residence | Sexual Assault? |
|---|---|---|---|---|
| United States - American Citizen | 11/10/2021 | 50 | Resident | No |

| Type | Address |
|---|---|
| Home | 17807 LAKE CREST VIEW DR |

| City | State | ZIP Code | Date |
|---|---|---|---|
| CYPRESS | Texas | 77433 | 11/10/2021 |

| Type | ID No | ST |
|---|---|---|
| State Issued Drivers License / ID Card # | 18752058 | TX |

| Type | ID No |
|---|---|
| Social Security Number | 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 |

| Phone Type | Phone No | Date |
|---|---|---|
| Cell - Mobile | (832)557-9051 | 11/10/2021 |

| Mark Type |
|---|
| NONE |

| Relationship | Name (Last, First MI) | Phone Type |
|---|---|---|
| Son | NEPHE LOPEZ | Cell - Mobile |

| Phone No |
|---|
| (832)202-6747 |

| Employer/School |
|---|
| NONE |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Booking No |
|---|---|---|---|---|
| Arrested | On-View Arrest / Dispatch Arrest | 11/11/2021 | 01:00:00 | 21-40482 |

| Status | Dispo |
|---|---|
| Booked | Misdemeanor |

| Arrest Address | City |
|---|---|
| 3870 N TERMINAL RD | Houston |

| Dist/Beat | Transport Unit | Place of Birth | City of Birth |
|---|---|---|---|
| 21I50 | 21I62N | Mexico (Use only when state is unknown) | MONTEREY |

| Transport By | District | Physical Condition |
|---|---|---|
| GILLEAN, C G | 21 | CLAIMS GOOD |

| NIBRS | Probation? | Parole? | Bond? |
|---|---|---|---|
| N01 | No | No | No |

| Multi-Arrests | Armed With |
|---|---|
| Not applicable | Unarmed |

| Charge Code | Level | Charge |
|---|---|---|
| OUTSIDE FUGITIVE - MIS | M | Outside Fugitive Warrant |
| -PROCESS- FUGITIVE | HO | Process For Fugitive |

| Warrant No | Warrant ORi | Date of Warrant | Bond Out | Hold Division | Authorized By |
|---|---|---|---|---|---|
| 164-3461620 | OTHRAGNCY | 11/09/2021 | N | MOA | 000000 |

**Arrest Details**
SUSP WAS ARRESTED FOR FBI (SAN FRANCISCO) FOR INTERFERENCE WITH FLIGHT CREW. WARR# 164-3461620 DOW 11/09/21.

## Complainant - Business / Government 1: FBI-SAN FRANCISCO

| Involvement | Invl No | Type |
|---|---|---|
| Complainant - Business / Government | 1 | Society(COH/State of Texas) |

| Name (Last, First MI) | MNI | Reported Date |
|---|---|---|
| FBI-SAN FRANCISCO | 4792637 | 11/10/2021 |

| Phone Type | Phone No | Date |
|---|---|---|
| Work / Business | (415)553-7400 | 11/10/2021 |

| Report Officer | Printed At | |
|---|---|---|
| 099230/GILLEAN, C G | 11/11/2021 05:40 | Page 2 of 4 |

# HOUSTON POLICE DEPARTMENT

**1517136-21** Suppl No ORIG

**DRAFT**

## Modus Operandi

| Gang Act? | Premise Type |
|---|---|
| No | Airport Terminal |

NIBRS
BVNR

BWC Video(s)
Body Video Not Reviewed

## Brief Summary

OFFICER WAS DISPATCHED TO A WAGON CALL AND FOUND THE SUSP WAS WANTED ON AN FBI WARRANT OUT OF SAN FRANCISCO. THE OFFICER CONFIRMED THE WARRANT AND TOOK THE SUSP TO JAIL.

## Narrative

INTRODUCTION:
  OFFICER GILLEAN, RIDING UNIT 21I62N, RECEIVED A CALL FROM THE HPD DISPATCHER AT 2225 HOURS REGARDING A WAGON CALL AT 3870 N TERMINAL RD. THE OFFICER ARRIVED ON THE SCENE AT 2229 HOURS. THE SCENE WAS A US CUSTOMS AT IAH.

COMPLAINANT #1:
  FBI-SAN FRANCISCO
  (415) 553-7400

WITNESSES:
  NONE.

REPORTEE:
  US CUSTOMS IAH

OFFICERS PARAGRAPH:
  UPON ARRIVAL ON THE SCENE, THE OFFICER OBSERVED THAT N TERMINAL RD WAS AN EAST WEST STREET LOCATED WITHIN THE CITY LIMITS OF HOUSTON TX. THE OFFICER OBSERVED THE LOCATION WAS KNOWN AS TERMINAL "E" AT IAH. THE OFFICER OBSERVED CUSTOMS IS LOCATED ON THE FIRST FLOOR OF TERMINAL E.

OFFICERS ACTIONS:
  UPON ARRIVAL ON THE SCENE, THE OFFICER MET WITH US CUSTOMS OFFICERS WHO ADVISED THE OFFICER THEY HAD A FEMALE DETAINED ON AN FBI WARRANT. THE OFFICER RAN THE SUSP ON THE MDT AND FOUND SHE HAD AN OUTSTANDING WARRANT OUT OF THE FBI OFFICE IN SAN FRANCISCO. THE OFFICER HAD THE MSG1 DISPATCHER TRY TO CONFIRM THE WARRANT. AFTER 2 HOURS, THE OFFICER RECEIVED CONFIRMATION THAT THE WARRANT WAS GOOD.
   THE SUSPS SON CAME TO THE TERMINAL AND THE OFFICERS LEFT THE SUSPS LUGGAGE WITH HIM (NEFIE LOPEZ). THE OFFICER TRANSPORTED THE SUSP TO JPC WHERE A COPY OF THE WARRANT HAD BEEN FAXED. THE OFFICER COMPLETED ALL THE NECESSARY PAPERWORK AND PLACED THE SUSP IN JAIL AT JPC. THE OFFICER THEN COMPLETED THIS REPORT.

SUSPECTS:
  ONE SUSP/ ONE ARREST.

DISPOSITION:
  THE WARRANT WAS CONFIRMED AND THE SUSP WAS TRANSPORTED TO JPC WHERE SHE WAS BOOKED.

EVIDENCE/PROPERTY:
  NONE.

WARRANT INFO:
  FBI- SAN FRANCISCO/ INTERFERENCE WITH FLIGHT CREW
  WARR# 164-3461620
  DOW 11/09/21
  JUDGE JACQUELINE CORLEY

| Report Officer | Printed At | |
|---|---|---|
| 099230/GILLEAN, C G | 11/11/2021 05:40 | Page 3 of 4 |

# HOUSTON POLICE DEPARTMENT

**1517136-21** Suppl No ORIG

**DRAFT**

**Narrative**

CONFIRMED BY TSENG CHOW

| Report Officer | Printed At | |
|---|---|---|
| 099230/GILLEAN, C G | 11/11/2021 05:40 | Page 4 of 4 |